PD 0419-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/15/2015 3:09:44 PM
Accepted 1/16/2015 4:00:00 PM
ABEL ACOSTA
CLERK

**Belinda Hill**
**First Assistant**



# HARRIS COUNTY DISTRICT ATTORNEY
### DEVON ANDERSON

January 15, 2015

FILED IN
COURT OF CRIMINAL APPEALS

January 16, 2015

ABEL ACOSTA, CLERK

Court of Criminal Appeals
*Attn*: Clerk of the Court
P.O. Box 12308
Austin, Texas 78711

*Subject*: Opposition to Amicus Brief in *Salinas v. State*, No. PD-0419-14

Dear Clerk of the Court:

Yesterday, this Court accepted a "Brief of Amicus Curiae Texas Fair Defense Project in Support of Appellant Orlando Salinas." Much like appellant's brief, the amicus brief contains facts, information, and argument outside the scope of the challenge presented for review. The State opposes this Court's consideration of the amicus brief as it improperly circumvents legal authority (for the same reasons argued in the State's Reply Brief on Discretionary Review).

Sincerely,

/s/ *Bridget Holloway*

Bridget Holloway
Assistant District Attorney
Harris County, Texas

cc:     Jani Maselli
        Emily Gerrick
        Lisa McMinn